UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION

MDL No. 2441

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −27)

On June 12, 2013, the Panel transferred 28 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2013). Since that time, 202 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of June 12, 2013, and, with the consent of that court, assigned to the Honorable Donovan W Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION

MDL No. 2441

## SCHEDULE CTO-27 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 13-00727 | Branstetter v. Howmedica Osteonics Corporation  14cv29 DWF/FLN |
| ILLINOIS CENTRAL | | | |
| ILC | 1 | 13-01583 | Fabry v. Stryker Corporation et al  14cv30 DWF/FLN |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 13-09015 | Bonebrake v. Howmedica Osteonics Corp. et al.  14cv31 DWF/FLN |
| KANSAS | | | |
| KS | 2 | 13-02644 | Criswell v. Howmedica Osteonics Corporation  14cv32 DWF/FLN |
| OREGON | | | |
| OR | 1 | 13-02224 | Annis v. Stryker Corporation et al  14cv33 DWF/FLN |
| OR | 1 | 13-02227 | DeBerry v. Stryker Corporation et al  14cv34 DWF/FLN |
| OR | 1 | 13-02234 | Menicucci v. Stryker Corporation et al  14cv35 DWF/FLN |
| OR | 1 | 13-02235 | Moyer v. Stryker Corporation et al  14cv36 DWF/FLN |
| OR | 1 | 13-02239 | Smith v. Stryker Corporation et al  14cv37 DWF/FLN |
| OR | 3 | 13-02225 | Curtin v. Stryker Corporation et al  14cv38 DWF/FLN |
| OR | 3 | 13-02228 | Dobbs v. Stryker Corporation et al  14cv39 DWF/FLN |
| OR | 3 | 13-02229 | Foster v. Stryker Corporation et al  14cv40 DWF/FLN |
| OR | 3 | 13-02231 | Geist v. Stryker Corporation et al  14cv41 DWF/FLN |
| OR | 3 | 13-02232 | Hamilton v. Stryker Corporation et al  14cv42 DWF/FLN |
| OR | 3 | 13-02233 | Hunt v. Stryker Corporation et al  14cv43 DWF/FLN |
| OR | 3 | 13-02236 | Orlandini v. Stryker Corporation et al  14cv44 DWF/FLN |
| OR | 3 | 13-02238 | Skogen v. Stryker Corporation et al  14cv45 DWF/FLN |
| OR | 6 | 13-02237 | Padilla v. Stryker Corporation et al  14cv46 DWF/FLN |
| OR | 6 | 13-02240 | Spurgeon v. Stryker Corporation et al  14cv47 DWF/FLN |
| OR | 6 | 13-02244 | Litzer v. Stryker Corporation et al  14cv48 DWF/FLN |